IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BRUCE LONG,

    Defendant.

: Case No. 3:19cr5

: JUDGE WALTER H. RICE

---

ENTRY SETTING BRIEFING SCHEDULE ON
DEFENDANT'S MOTION TO SUPPRESS (DOC. #25)

---

On April 18, 2019, counsel for the Government and the Defendant advised this Court that neither wished to call any further witnesses on the issue of Defendant's Motion to Suppress Evidence, filed February 27, 2019 (Doc. #25). An oral and evidentiary hearing had been held on April 3, 2019. Both counsel have ordered a transcript of the proceedings on the aforesaid April 3, 2019. Not later than 21 days following the filing of the transcript above-referenced, the Defendant will file his post-hearing memorandum, to be followed not later than 21 days thereafter by the Government's response. The moving Defendant will then file any reply memorandum deemed necessary not later than 14 days following receipt of the Government's submission.

April 19, 2019

                                      WALTER H. RICE
                               UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record